# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

W. Jay Luneau
Luneau Law Office
1239 Jackson St.
Alexandria LA 71301

**REHEARING ACTION: December 5, 2012**

**Docket Number: 12   00928-CW**

**THERESA ROSHTO**
**VERSUS**
**STATE FARM INSURANCE COMPANY**
**and MONICA HELMER**

**Writ Application from Rapides Parish Case No. 239108**

**BEFORE JUDGES:**

   Hon. Elizabeth A. Pickett
   Hon. James T. Genovese
   Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Theresa Roshto** has this day been

   **DENIED.**
   Gremillion, J., would grant rehearing.

   Genovese, J., Court rules do not allow for a rehearing on writ denials.  (See
   Uniform Rules -  Courts of Appeal – Rule 2-18.7)

cc: Bonita K. Preuett-Armour, Counsel for the Applicant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**